1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15  MICHAEL J. JOHNSON,                ) CV 12-5430-SVW (SH)
                                       )
16                                     ) ORDER ACCEPTING REPORT AND
               Plaintiff,              ) RECOMMENDATION OF UNITED
17                                     ) STATES MAGISTRATE JUDGE; and
        v.                             ) ORDER
18                                     )
    LOS ANGELES SHERIFF'S              )
19  DEPARTMENT, et al.,                )
                                       )
20             Defendants.             )
                                       )
21  _____

    Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS HEREBY ORDERED that:

    1.   The Report and Recommendation is accepted and adopted.

    2.   Plaintiff's claims against the Los Angeles County Sheriff's

1

Department, the Los Angeles County Jail, Defendant Leroy Baca, and Defendant G. Martinez in his official capacity only, are dismissed with leave to amend for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

If plaintiff wishes to pursue this action against the dismissed defendants in this court, he must file a first amended complaint within thirty days of the date this Order Adopting the Amended Report and Recommendation is filed. The amended complaint, bearing the number CV 12-5430-SVW(SH), must be a complete and independent document and must not refer to prior pleadings. Plaintiff is cautioned that failure to file a first amended complaint within the time specified by this Order may result in dismissal of those defendants from the action with prejudice on the grounds stated in the Report and Recommendation of the United States Magistrate Judge and/or for failure to prosecute.

In preparing a first amended complaint, plaintiff must bear in mind the deficiencies of the current pleading, and must assure that they are not repeated. Plaintiff must take particular note of the following guidelines:

1. Plaintiff must set forth the jurisdictional grounds for his claims at the outset of the complaint.

2. The complaint must include only factual allegations directly relevant to plaintiff's claims, which must be stated in separate, numbered paragraphs (preferably in chronological order), each limited to a single set of circumstances. The facts should be stated in simple, complete sentences. Repetition is to be avoided.

3. The complaint must clearly identify the specific acts on which each claim is based. Insofar as possible, the allegations should include the date, time, place and circumstances of the offending conduct by each defendant, a clear statement of what each defendant did or failed to do, and the damage of injury suffered by plaintiff as a result of each

1    defendant's conduct.
2    4.   If civil rights violations are claimed, the complaint must specifically
3         set forth the federal constitutional right or rights infringed with respect
4         to each alleged wrongful act or omission.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: April 17, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE