# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. JOHNSON, | ) CV 12-05430-SVW (SH) |
| Plaintiff, | ) ORDER ACCEPTING AMENDED ) REPORT AND RECOMMENDATION ) OF UNITED STATES MAGISTRATE ) JUDGE |
| v. | ) |
| LOS ANGELES SHERIFFS DEPT., et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Amended Report and Recommendation, and (2) dismissing the Complaint.

DATED: May 29, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE