JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. JOHNSON,<br><br>          Plaintiff,<br><br>  v.<br><br>LOS ANGELES SHERIFFS DEPT., et al.,<br><br>          Defendants. | ) CV 12-05430-SVW (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed.

DATED: May 29, 2014

                              STEPHEN V. WILSON
                            UNITED STATES DISTRICT JUDGE